BINGHAM MCCUTCHEN LLP
Ella Foley Gannon (SBN 197591)
ella.gannon@bingham.com
Sarah M. Barker-Ball (SBN 273402)
sarah.barker-ball@bingham.com
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Chris Costanzo (SBN 223975)
chris.costanzo@solarreserve.com
2425 Olympic Blvd., Suite 500 East
Santa Monica, CA 90404
Telephone: 310.393.2200
Facsimile: 310.393.2201

Attorneys for Defendants
SolarReserve LLC and Rice Solar Energy, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CUNA DE AZTLAN SACRED SITE PROTECTION CIRCLE ADVISORY COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN AREA POWER ADMINISTRATION, et al., <br><br> Defendants. | Case No. 5:12-cv-00005-VAP-SP <br><br> **DEFENDANTS SOLARRESERVE, LLC AND RICE SOLAR ENERGY, LLC'S SEPARATE STATEMENT OF FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br><br> Date: November 26, 2012 <br> Time: 2:00 p.m. <br> Place: Courtroom No. 2 <br> Judge: Hon. Virginia A. Phillips |