**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CUNA DE AZTLAN SACRED SITES PROTECTION CIRCLE ADVISORY COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN AREA POWER ADMINISTRATION, et al., <br><br> Defendants. | Case No. EDCV 12-00005 VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants and that Plaintiffs take nothing on their Complaint, and their action be DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: November 29, 2012

                                         VIRGINIA A. PHILLIPS
                                    United States District Judge